SIEGFRIED DEUTSCH, Appellant, v. FLORES B. ROY and Others, Defendants, Impleaded with KELLOU REALTY CORPORATION, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOE WEINER, Appellant, Impleaded with Others.*— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Glennon, J., dissents and votes to reverse and order a new trial.

ANNIE KLAUSER, as Administratrix, etc., of ERNEST KLAUSER, Deceased, Respondent, v. SHELL EASTERN PETROLEUM PRODUCTS, INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $16,523.16; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARY STAIANO and ANDREA STAIANO, Respondents, v. EMPIRE CITY SUBWAY Co., LTD., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of SARAH FRANCES FABBRICOTTI, as Sole Trustee under the Trusts Created by the Will of LUCIANO FABBRICOTTI, SR., Deceased, Rendered by JAMES W. HYDE, as Executor, etc., of SARAH FRANCES FABBRICOTTI, Deceased.†— Decree so far as appealed from affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE BOWERY SAVINGS BANK, Respondent, v. LORBRUN REALTY CORPORATION and Others, Defendants, Impleaded with SAMUEL BARKIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE BANK OF UNITED STATES, by JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. PH. WECHSLER & SON, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DUFFY BROS., INC., Respondent, v. BING & BING, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GOLDBERG REALTY AND INVESTMENT COMPANY, Respondent, v. REUBEN SADOWSKY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ARTHUR Y. DALZIEL, as Trustee in Bankruptcy of SELZNICK DISTRIBUTING CORPORATION, Bankrupt, Appellant, v. WILLIAM I. ROSENFELD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

*Affd., 264 N. Y. 534.      †Affd., 264 N. Y. 687.